MYRTLE BUCKHOLTZ v. HON. W. F. BLANTON, as County Judge in and for Dade County, Florida, and M. M. Reid Purcell, a free dealer.

8 So. (2nd) 25                                     Division B
May 8, 1942

R. K. Bell, for appellant.

Marion E. Sibley, for appellees.

PER CURIAM:

We have carefully examined the record in this case and are of the opinion that the order of the chancellor dismissing the bill of complaint was proper.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, JJ., concur.